IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH FREEMAN,

    Plaintiff,                      No. CIV S-06-1221 MCE EFB P

    vs.

JEANNE WOODFORD, et al.,

    Defendants.              <u>ORDER</u>

        By order filed June 13, 2006, plaintiff's complaint was dismissed and 30 days' leave to amend was granted. To date, plaintiff has not filed an amended complaint. On October 24, 2006, plaintiff filed a request for the status of his case stating that "my understanding was the case was dismissed unless I chose to refile." It is unclear to the court whether plaintiff wishes to abandon his case or file an amended complaint. In an abundance of caution, the court will grant plaintiff one final opportunity to file an amended complaint. Should plaintiff fail to file an amended complaint, the court will construe his October 24, 2006, letter as a request for voluntary dismissal. Accordingly, plaintiff shall file an amended complaint, if he wishes to do so, within 30 days.

        So Ordered.

DATED: November 15, 2006

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE