IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH FREEMAN,

      Plaintiff,                    No. CIV S-06-1221 MCE EFB P

    vs.

JEANNE WOODFORD, et al.,

      Defendants.          <u>ORDER</u>

_____/

      On June 13, 2006, plaintiff's complaint was dismissed with 30 days' leave to amend. On October 24, 2006, plaintiff filed a request for the status of his case stating that "my understanding was the case was dismissed unless I chose to refile." Plaintiff's filing was unclear whether he wished to abandon his case or file an amended complaint. Notwithstanding the fact that plaintiff had clearly failed to comply with the June 13, 2006 order, the court on November 15, 2006, granted plaintiff one final opportunity to file an amended complaint. That order admonished plaintiff that "should plaintiff fail to file an amended complaint, the court will construe his October 24, 2006, letter as a request for voluntary dismissal." Plaintiff has not filed an amended complaint nor responded to the court's order and has abandoned the case.

////

////

1  Accordingly, plaintiff's October 24, 2006, filing is construed as a request for dismissal
2 under Fed. R. Civ. P. 41(a). The Clerk is directed to close the case.
3 DATED: January 12, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2